**Deny and Opinion Filed this 13th day of June, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00712-CV

## IN RE NOLEN HOMES & INTERIORS, LLC, AMY NOLEN AND CLINT NOLEN, Relators

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03259-D**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

Relators filed this petition for writ of mandamus requesting that the trial court be ordered to stay the proceedings in the case, vacate its order denying relators' plea in abatement and grant relators' plea in abatement. The facts and issues are well known to the parties so we do not recount them here. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

140712F.P05

/Ada Brown/
ADA BROWN
JUSTICE